IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CHATIA MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-00187 (RDA/IDD) |
| | ) | |
| CUSTOM INK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice. Dkt. 35. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE.

It is SO ORDERED.

Alexandria, Virginia
November 23, 2020

/s/
Rossie D. Alston, Jr.
United States District Judge